## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Grover Barnes | ) | Case No. 18-35459 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Timothy A. Barnes |

### NOTICE OF MOTION

TO:

Marilyn O Marshall, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Grover Barnes, 454 Brookwood Terrace # 2, , Olympia Fields, IL 60461

All creditors received notice via the attached Notice of 341 Meeting of Creditors

PLEASE TAKE NOTICE that on Thursday, February 28, 2019 at 10:30 am at 219 S Dearborn, Courtroom 744, Chicago, IL, the Bankruptcy Court will hold a hearing to consider confirmation of the plan and a request by debtor's counsel for payment of legal fees in the amount of $4,000.00. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan.

/s/ *Ernesto Borges, Jr.*
Ernesto Borges, Jr.
Borges and Wu, LLC
Attorneys at Law
105 W. Madison, 23rd Floor
Chicago, IL 60602
(312)853-0200
Fax: (312)873-4693

### PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above and the parties listed on the attached service list by depositing the same in the U.S. Postal Service's mail box at 105 W. Madison, 23rd Floor, Chicago, IL 60602, on February 14, 2019 before 3:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ *Ernesto Borges, Jr.*
Ernesto Borges, Jr.

**Information to identify the case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Grover H. Barnes | | Social Security number or ITIN | xxx-xx-____ |
| | First Name   Middle Name   Last Name | | EIN | __-_____ |
| Debtor 2 | | | Social Security number or ITIN | ____ |
| (Spouse, if filing) | First Name   Middle Name   Last Name | | EIN | __-_____ |
| United States Bankruptcy Court   Northern District of Illinois | | | Date case filed for chapter  13  12/26/18 | |
| Case number:  18-35459 | | | | |

## Official Form 309I                                                                                                                12/17
## Notice of Chapter 13 Bankruptcy Case

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.
Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Grover H. Barnes | |
| 2. | All other names used in the last 8 years | dba Barnes Consulting, Inc. | |
| 3. | Address | 454 Brookwood Terrace 2<br>Olympia Fields, IL 60461 | |
| 4. | Debtor's attorney<br>Name and address | Kevin Rouse<br>Ledford Wu and Borges, LLC<br>105 West Madison<br>23rd Floor<br>Chicago, IL 60602 | Contact phone (312) 853-0200<br>Email: notice@billbusters.com |
| 5. | Bankruptcy trustee<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312-431-1300 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 12/27/18 |

For more information, see page 2

Debtor Grover H. Barnes                                                                 Case number 18-35459

| | | |
|---|---|---|
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | January 23, 2019 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>224 South Michigan, Suite 800, Chicago, IL 60604 |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | Deadline to file a complaint to challenge dischargeability of certain debts:<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 3/25/19 |
| | Deadline for all creditors to file a proof of claim (except governmental units): | Filing deadline: 3/6/19 |
| | Deadline for governmental units to file a proof of claim: | Filing deadline: 6/24/19 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | Deadline to object to exemptions:<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 9. **Filing of plan** | The hearing on confirmation will be held on: 2/14/19 at 10:30 AM , Location: 219 South Dearborn, Courtroom 744, Chicago, IL 60604. The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time.**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Official Form 309I                      Notice of Chapter 13 Bankruptcy Case                     page 2

United States Bankruptcy Court
Northern District of Illinois

**CERTIFICATE OF NOTICE**

In re:
Grover H. Barnes
    Debtor

Case No. 18-35459-TAB
Chapter 13

District/off: 0752-1    User: sboyd    Page 1 of 2    Date Rcvd: Dec 27, 2018
Form ID: 309I    Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.

| ID | | Name / Address |
|---|---|---|
| db | | +Grover H. Barnes, 454 Brookwood Terrace 2, Olympia Fields, IL 60461-1539 |
| 27402724 | | +Consumer Portfolio Svc, Attn: Bankruptcy, 19500 Jamboree Rd, Irvine, CA 92612-2411 |
| 27402725 | | +Cook County Clerk's Office, 118 N. Clark St., Room 434, Chicago, IL 60602-1413 |
| 27403752 | | +Ernesto D. Borges, Jr. ARDC, Ledford, Wu & Borges, LLC, 105 W. Madison, 23rd Floor, Chicago, IL 60602-4647 |
| 27402729 | | First Premier Bank, 601 S Minneapolis Ave, Sioux Falls, SD 57104 |
| 27402730 | | +Fountain Crest Condo. Assoc., c/o EPI Realty & Management, P.O. Box 490, Midlothian, IL 60445-0490 |
| 27402733 | | +Illiana Financial Cred, 1600 Huntington Dr, Calumet City, IL 60409-5404 |
| 27402739 | | Potestivo & Associates, P.C., 223 W. Jackson Blvd Ste #610, 2017 CH 07220, Chicago, IL 60606 |
| 27402741 | | Spilotro Law Group, LLC, 6160 N. Cicero Ave., Suite 1, 2017 M1 109032, Chicago, IL 60614-7732 |
| 27402743 | | TBF Financial LLC, 740 Waukegan Road, Suite 404, 2017 M1 109032, Deerfield, IL 60015 |
| 27402745 | | +Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 27402746 | | Village of Olympia Fields, 20040 Governors Highway, Suite 2, Olympia Fields, IL 60461-1188 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| ID | | Name / Address |
|---|---|---|
| aty | | E-mail/Text: notice@billbusters.com Dec 28 2018 01:19:50 Kevin Rouse, Ledford Wu and Borges, LLC, 105 West Madison, 23rd Floor, Chicago, IL 60602 |
| tr | | +E-mail/Text: courtnotices@ch13.com Dec 28 2018 01:20:22 Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604-2503 |
| ust | | +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 28 2018 01:20:25 Patrick S Layng, Office of the U.S. Trustee, Region 11, 219 S Dearborn St, Room 873, Chicago, IL 60604-2027 |
| 27402718 | | +EDI: PHINAMERI.COM Dec 28 2018 06:13:00 AmeriCredit/GM Financial, Po Box 183853, Arlington, TX 76096-3853 |
| 27402719 | | +EDI: AMEREXPR.COM Dec 28 2018 06:13:00 Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 27402720 | | +EDI: CAPITALONE.COM Dec 28 2018 06:13:00 Capital One, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 27402721 | | +EDI: CHASE.COM Dec 28 2018 06:18:00 Chase Card, Attn: Correspondence Dept, Po Box 15298, Wilmington, DE 19850-5298 |
| 27402722 | | EDI: CHASE.COM Dec 28 2018 06:18:00 Chase Ink, P.O. Box 15153, Wilmington, DE 19886-5153 |
| 27402723 | | +EDI: WFNNB.COM Dec 28 2018 06:13:00 Comenity Bank/Carsons, Po Box 182125, Columbus, OH 43218-2125 |
| 27402726 | | +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 28 2018 01:20:45 Cook County Treasurer, 118 North Clark Street, Suite 112, Chicago, IL 60602-1590 Attn: Bankruptcy, |
| 27402727 | | EDI: RCSDELL.COM Dec 28 2018 06:18:00 Dell Financial Services, Po Box 81577, Austin, TX 78708 |
| 27402728 | | +E-mail/Text: jstine@fairfieldglade.cc Dec 28 2018 01:20:10 Fairfield Glade Community Club, P.O. Box 2000, Fairfield Glade, TN 38558-2000 |
| 27402731 | | +EDI: GMACFS.COM Dec 28 2018 06:13:00 GMAC, P.O. Box 100049, Duluth, GA 30096-9349 |
| 27402732 | | EDI: RMSC.COM Dec 28 2018 06:13:00 Home Depot, P.O. Box 103047, Roswell, GA 30076 |
| 27402734 | | EDI: IRS.COM Dec 28 2018 06:13:00 Internal Revenue Serivce, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 27402735 | | +E-mail/Text: MVCIRL@VACATIONCLUB.COM Dec 28 2018 01:20:33 Marriott Ownership, 1200 Bartow Rd. Suite 14, Lakeland, FL 33801-5901 |
| 27402736 | | +E-mail/Text: bnc@nordstrom.com Dec 28 2018 01:20:09 Nordstrom Fsb, Correspondence, Po Box 6555, Englewood, CO 80155-6555 |
| 27402737 | | +Fax: 407-737-5634 Dec 28 2018 01:35:03 Ocwen Loan Servicing, Llc, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Bch, FL 33409-6493 |
| 27402738 | | +EDI: AGFINANCE.COM Dec 28 2018 06:13:00 OneMain, Attn: Bankruptcy, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 27402742 | | +EDI: RMSC.COM Dec 28 2018 06:13:00 Synchrony Bank/ JC Penneys, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 27402744 | | +E-mail/Text: carine@tbfgroup.com Dec 28 2018 01:20:16 Tbf Financial Llc, 740 Waukegan Rd Ste 404, Deerfield, IL 60015-5505 |
| 27402747 | | EDI: WFFC.COM Dec 28 2018 06:13:00 Wells Fargo, P.O.Box 5943, Sioux Falls, SD 57117-5943 |
| 27402748 | | +EDI: WFFC.COM Dec 28 2018 06:13:00 Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 27402749 | | +EDI: WFFC.COM Dec 28 2018 06:13:00 Wells Fargo Bank Nv Na, Attn: Deposits Bkrptcy MAC# P6103-0, Po Box 3908, Portland, OR 97208-3908 |

TOTAL: 24

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

| District/off: 0752-1 | User: sboyd<br>Form ID: 309I | Page 2 of 2<br>Total Noticed: 36 | Date Rcvd: Dec 27, 2018 |
|---|---|---|---|

```
27403751*    +Grover H. Barnes,    454 Brookwood Terrace 2,    Olympia Fields, IL 60461-1539
27402740    ##+Resort Funding, LLC,    360 S. Warren Street,    Sixth Floor,    Syracuse, NY 13202-2569
                                                                                    TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2018                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:

    Kevin Rouse    on behalf of Debtor 1 Grover H. Barnes  notice@billbusters.com, krouse@billbusters.com;billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com;rousekr80263@notify.bestcase.com
    Marilyn O Marshall    courtdocs@chi13.com
    Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-35459 |
| Grover Barnes | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment; or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$           0 for filing fee paid by the attorney with the attorney's funds

$           0 for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$           0 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None

A total of $            .

Date of Application: 2/12/19            Attorney Signature /s/ Ernesto Borges, Jr.

Rev: 20170105                                                                                          Local Bankruptcy Form 23-1