# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Grover Barnes | ) | Case No. 18-35459 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Timothy A. Barnes |

## NOTICE OF MOTION

TO:

Marilyn O Marshall, Trustee (via electronic notice)

United States Trustee (via electronic notice)

Grover Barnes, 454 Brookwood Terrace # 2, , Olympia Fields, IL 60461

See attached service list

PLEASE TAKE NOTICE that on Thursday, May 9, 2019 at 9:30 am at 219 S Dearborn, Courtroom 744, Chicago, IL, the Bankruptcy Court will hold a hearing to a request by debtor's counsel for payment of legal fees in the amount of $4,000.00. If there are no objections, the Court may allow fees requested by debtor's counsel to be paid through the plan.

/s/ *Ernesto Borges, Jr.*
Ernesto Borges, Jr.
Borges and Wu, LLC
Attorneys at Law
105 W. Madison, 23rd Floor
Chicago, IL 60602
(312)853-0200
Fax: (312)873-4693

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above and the parties listed on the attached service list by depositing the same in the U.S. Postal Service's mail box at 105 W. Madison, 23rd Floor, Chicago, IL 60602, on April 18, 2019 before 3:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/ *Ernesto Borges, Jr.*
Ernesto Borges, Jr.

```
Label Matrix for local noticing            Illiana Financial Credit Union            Ocwen Loan Servicing, LLC as servicer for W
0752-1                                     Esp Kreuzer Cores LLP                     c/o Codilis & Associates, P.C
Case 18-35459                              400 South County Farm Road                15W030 North Frontage Road
Northern District of Illinois              Suite 200                                 Suite 100
Eastern Division                           Wheaton, IL 60187-4547                    Burr Ridge, IL 60527-6921
Thu Apr 18 09:29:51 CDT 2019

PRA Receivables Management, LLC            Wells Fargo Bank, National Association, succ   U.S. Bankruptcy Court
PO Box 41021                               c/o Codilis and Associates, P.C.               Eastern Division
Norfolk, VA 23541-1021                     15W030 North Frontage Road, Suite 100          219 S Dearborn
                                           Burr Ridge, IL 60527-6921                      7th Floor
                                                                                          Chicago, IL 60604-1702

AmeriCredit/GM Financial                   (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN   Amex
Po Box 183853                              PO BOX 183853                                  Correspondence
Arlington, TX 76096-3853                   ARLINGTON TX 76096-3853                        Po Box 981540
                                                                                          El Paso, TX 79998-1540

Capital One                                Capital One Bank (USA), N.A.                   Chase Card
Attn: General Correspondence/Bankruptcy    4515 N Santa Fe Ave                            Attn: Correspondence Dept
Po Box 30285                               Oklahoma City, OK 73118-7901                   Po Box 15298
Salt Lake City, UT 84130-0285                                                             Wilmington, DE 19850-5298

Chase Ink                                  Christopher Barnes                             Comenity Bank/Carsons
P.O. Box 15153                             303 Meota                                      Po Box 182125
Wilmington, DE 19886-5153                  Park Forest, IL 60466-1902                     Columbus, OH 43218-2125

Consumer Portfolio Services                Consumer Portfolio Svc                         Cook County Clerk's Office
P. O. Box 57071                            Attn: Bankruptcy                               118 N. Clark St., Room 434
Irvine, CA 92619-7071                      19500 Jamboree Rd                              Chicago, IL 60602-1413
                                           Irvine, CA 92612-2411

Cook County Treasurer                      (p)DELL FINANCIAL SERVICES                     Edward M. Fitzgerald
118 North Clark Street, Suite 112          P O BOX 81577                                  c/o Marriott Ownership Resorts, Inc.
Chicago, IL 60602-1590                     AUSTIN TX 78708-1577                           Post Office Box 8038
                                                                                          Lakeland, FL 33802-8038

Edward M. Fitzgerald                       Ernesto D. Borges, Jr. ARDC                    Fairfield Glade Community Club
c/s Marriott Ownership Resorts, Inc.       Ledford, Wu & Borges, LLC                      P.O. Box 2000
Post Office Box 8038                       105 W. Madison                                 Fairfield Glade, TN 38558-2000
Lakeland, FL 33802-8038                    23rd Floor
                                           Chicago, IL 60602-4647

First Premier Bank                         Fountain Crest Condo. Assoc.                   GMAC
601 S Minneapolis Ave                      c/o EPI Realty & Management                    P.O. Box 100049
Sioux Falls, SD 57104                      P.O. Box 490                                   Duluth, GA 30096-9349
                                           Midlothian, IL 60445-0490

Grover H. Barnes                           Home Depot                                     Illiana Financial Cred
354 Brookwood Terrace 2                    P.O. Box 103047                                1600 Huntington Dr
Olympia Fields, IL 60461-1539              Roswell, GA 30076                              Calumet City, IL 60409-5404
```

| | | |
|---|---|---|
| Illiana Financial Credit Union<br>Asp Kreuzer Cores LLP<br>Christine M. Ryan<br>400 S County Farm Rd. Ste.200<br>Wheaton, IL 60187 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Lauren Barnes<br>510 Davis<br>Park Forest, IL 60466-1008 |
| Marriott Ownership<br>1200 Bartow Rd. Suite 14<br>Lakeland, FL 33801-5901 | Marriott Ownership Resorts, Inc.<br>Post Office Box 8038<br>Lakeland, FL 33802-8038 | Nordstrom Fsb<br>Correspondence<br>Po Box 6555<br>Englewood, CO 80155-6555 |
| Ocwen Loan Servicing, Llc<br>Attn: Research/Bankruptcy<br>1661 Worthington Rd Ste 100<br>West Palm Bch, FL 33409-6493 | OneMain<br>Attn: Bankruptcy<br>601 Nw 2nd St<br>Evansville, IN 47708-1013 | Potestivo & Associates, P.C.<br>223 W. Jackson Blvd Ste #610<br>2017 CH 07220<br>Chicago, IL 60606 |
| Resort Funding, LLC<br>560 S. Warren Street<br>Sixth Floor<br>Syracuse, NY 13202-2569 | Spilotro Law Group, LLC<br>6160 N. Cicero Ave., Suite 1<br>2017 M1 109032<br>Chicago, IL 60614-7732 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 956060<br>Orlando, FL 32896-0001 | TBF Financial LLC<br>740 Waukegan Road, Suite 404<br>2017 M1 109032<br>Deerfield, IL 60015 | TBF Financial, LLC<br>740 Waukegan Road, Suite 404<br>Deerfield, IL 60015-5505 |
| UNITED STATES DEPARTMENT OF EDUCATION<br>CLAIMS FILING UNIT<br>PO BOX 8973<br>MADISON, WI 53708-8973 | Us Dept Of Ed/Great Lakes Higher Educati<br>Attn: Bankruptcy<br>2401 International Lane<br>Madison, WI 53704-3121 | Village of Olympia Fields<br>20040 Governors Highway, Suite 2<br>Olympia Fields, IL 60461-1188 |
| Wells Fargo<br>P.O.Box 5943<br>Sioux Falls, SD 57117-5943 | Wells Fargo<br>PO Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bkrptcy MAC# P6103-0<br>Po Box 3908<br>Portland, OR 97208-3908 |
| Wells Fargo Bank, National Association,<br>Ocwen Loan Servicing LLC<br>Attn Bankruptcy Department<br>PO Box 24605<br>West Palm Beach FL 33416-4605 | ollo<br>Attn: Bankruptcy<br>Po Box 9222<br>Old Bethpage, NY 11804-9222 | Ernesto D Borges<br>Borges and Wu, LLC<br>105 W Madison Street<br>23rd Floor<br>Chicago, IL 60602-4647 |
| Kevin Rouse<br>Borges and Wu, LLC<br>105 West Madison<br>23rd Floor<br>Chicago, IL 60602-4647 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Americredit Financial Services, Inc
dba GM Financial
P.O Box 183853
Arlington, TX 76096

Dell Financial Services
Attn. Bankruptcy
Po Box 81577
Austin, TX 78708

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Tbf Financial Llc
40 Waukegan Rd Ste 404
Deerfield, IL 60015-5505

(d)Grover H. Barnes
454 Brookwood Terrace 2
Olympia Fields, IL 60461-1539

End of Label Matrix
Mailable recipients    56
Bypassed recipients     2
Total                  58

| Information to identify the case: | | | | | |
|---|---|---|---|---|---|
| Debtor 1 | Grover H. Barnes | | | Social Security number or ITIN | xxx-xx-____ |
| | First Name | Middle Name | Last Name | EIN | __-_____ |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name | Social Security number or ITIN | ____ |
| | | | | EIN | __-_____ |
| United States Bankruptcy Court | Northern District of Illinois | | | Date case filed for chapter 13 | 12/26/18 |
| Case number: | 18-35459 | | | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case

12/17

For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Grover H. Barnes | |
| 2. | All other names used in the last 8 years | dba Barnes Consulting, Inc. | |
| 3. | Address | 454 Brookwood Terrace 2<br>Olympia Fields, IL 60461 | |
| 4. | Debtor's attorney<br>Name and address | Kevin Rouse<br>Ledford Wu and Borges, LLC<br>105 West Madison<br>23rd Floor<br>Chicago, IL 60602 | Contact phone (312) 853-0200<br>Email: notice@billbusters.com |
| 5. | Bankruptcy trustee<br>Name and address | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604 | Contact phone 312-431-1300 |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open:<br>8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br>Contact phone 1-866-222-8029<br>Date: 12/27/18 |

For more information, see page 2

Debtor Grover H. Barnes

Case number 18-35459

| 7. Meeting of creditors<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | January 23, 2019 at 02:00 PM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br>224 South Michigan, Suite 800, Chicago, IL 60604 |
|---|---|---|
| 8. Deadlines<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>You must file:<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | Filing deadline: 3/25/19 |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | Filing deadline: 3/6/19 |
| | **Deadline for governmental units to file a proof of claim:** | Filing deadline: 6/24/19 |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | Filing deadline: 30 days after the *conclusion* of the meeting of creditors |
| 9. Filing of plan | The hearing on confirmation will be held on: 2/14/19 at 10:30 AM, Location: **219 South Dearborn, Courtroom 744, Chicago, IL 60604**. The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br><br>**The Disclosure of Compensation has not been filed at this time.**<br>Objections to confirmation of the Plan shall be filed at least 7 days prior to the confirmation hearing. If there are no objections, the Court may confirm the plan and allow fees requested by debtor's counsel to be paid through the plan. | |
| 10. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. Filing a chapter 13 bankruptcy case | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| 12. Exempt property | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| 13. Discharge of debts | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

Official Form 309I                Notice of Chapter 13 Bankruptcy Case                page 2

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 18-35459-TAB
Grover H. Barnes                                                         Chapter 13
        Debtor
                              **CERTIFICATE OF NOTICE**

District/off: 0752-1       User: sboyd           Page 1 of 2              Date Rcvd: Dec 27, 2018
                           Form ID: 309I         Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 29, 2018.
db         +Grover H. Barnes,    454 Brookwood Terrace 2,   Olympia Fields, IL 60461-1539
27402724   +Consumer Portfolio Svc,    Attn: Bankruptcy,   19500 Jamboree Rd,   Irvine, CA 92612-2411
27402725   +Cook County Clerk's Office,    118 N. Clark St., Room 434,   Chicago, IL 60602-1413
27403752   +Ernesto D. Borges, Jr. ARDC,    Ledford, Wu & Borges, LLC,   105 W. Madison,   23rd Floor,
             Chicago, IL 60602-4647
27402729    First Premier Bank,    601 S Minneapolis Ave,   Sioux Falls, SD 57104
27402730   +Fountain Crest Condo. Assoc.,    c/o EPI Realty & Management,   P.O. Box 490,
             Midlothian, IL 60445-0490
27402733   +Illiana Financial Cred,    1600 Huntington Dr,   Calumet City, IL 60409-5404
27402739    Potestivo & Associates, P.C.,    223 W. Jackson Blvd Ste #610,   2017 CH 07220,
             Chicago, IL 60606
27402741    Spilotro Law Group, LLC,    6160 N. Cicero Ave., Suite 1,   2017 M1 109032,
             Chicago, IL 60614-7732
27402743    TBF Financial LLC,    740 Waukegan Road, Suite 404,   2017 M1 109032,   Deerfield, IL 60015
27402745   +Us Dept Of Ed/Great Lakes Higher Educati,    Attn: Bankruptcy,   2401 International Lane,
             Madison, WI 53704-3121
27402746    Village of Olympia Fields,    20040 Governors Highway, Suite 2,   Olympia Fields, IL 60461-1188

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           E-mail/Text: notice@billbusters.com Dec 28 2018 01:19:50    Kevin Rouse,
               Ledford Wu and Borges, LLC,   105 West Madison,   23rd Floor,   Chicago, IL 60602
tr           +E-mail/Text: courtnotices@chi13.com Dec 28 2018 01:20:22    Marilyn O Marshall,
               224 South Michigan Ste 800,   Chicago, IL 60604-2503
ust          +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Dec 28 2018 01:20:25    Patrick S Layng,
               Office of the U.S. Trustee, Region 11,   219 S Dearborn St,   Room 873,
               Chicago, IL 60604-2027
27402718     +EDI: PHINAMERI.COM Dec 28 2018 06:13:00     AmeriCredit/GM Financial,    Po Box 183853,
               Arlington, TX 76096-3853
27402719     +EDI: AMEREXPR.COM Dec 28 2018 06:13:00     Amex,   Correspondence,    Po Box 981540,
               El Paso, TX 79998-1540
27402720     +EDI: CAPITALONE.COM Dec 28 2018 06:13:00     Capital One,
               Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
27402721     +EDI: CHASE.COM Dec 28 2018 06:18:00     Chase Card,   Attn: Correspondence Dept,    Po Box 15298,
               Wilmington, DE 19850-5298
27402722      EDI: CHASE.COM Dec 28 2018 06:18:00     Chase Ink,   P.O. Box 15153,
               Wilmington, DE 19886-5153
27402723     +EDI: WFNNB.COM Dec 28 2018 06:13:00     Comenity Bank/Carsons,    Po Box 182125,
               Columbus, OH 43218-2125
27402726     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Dec 28 2018 01:20:45     Cook County Treasurer,
               118 North Clark Street, Suite 112,   Chicago, IL 60602-1590
27402727      EDI: RCSDELL.COM Dec 28 2018 06:18:00     Dell Financial Services,    Attn: Bankruptcy,
               Po Box 81577,   Austin, TX 78708
27402728     +E-mail/Text: jstine@fairfieldglade.cc Dec 28 2018 01:20:10    Fairfield Glade Community Club,
               P.O. Box 2000,   Fairfield Glade, TN 38558-2000
27402731     +EDI: GMACFS.COM Dec 28 2018 06:13:00     GMAC,   P.O. Box 100049,   Duluth, GA 30096-9349
27402732      EDI: RMSC.COM Dec 28 2018 06:13:00     Home Depot,   P.O. Box 103047,    Roswell, GA 30076
27402734      EDI: IRS.COM Dec 28 2018 06:13:00     Internal Revenue Serivce,    P.O. Box 7346,
               Philadelphia, PA 19101-7346
27402735     +E-mail/Text: MVCIBL@VACATIONCLUB.COM Dec 28 2018 01:20:33    Marriott Ownership,
               1200 Bartow Rd. Suite 14,   Lakeland, FL 33801-5901
27402736     +E-mail/Text: bnc@nordstrom.com Dec 28 2018 01:20:09    Nordstrom Fsb,    Correspondence,
               Po Box 6555,   Englewood, CO 80155-6555
27402737     +Fax: 407-737-5634 Dec 28 2018 01:35:03    Ocwen Loan Servicing, Llc,
               Attn: Research/Bankruptcy,   1661 Worthington Rd Ste 100,   West Palm Bch, FL 33409-6493
27402738     +EDI: AGFINANCE.COM Dec 28 2018 06:13:00     OneMain,   Attn: Bankruptcy,    601 Nw 2nd St,
               Evansville, IN 47708-1013
27402742     +EDI: RMSC.COM Dec 28 2018 06:13:00     Synchrony Bank/ JC Penneys,    Attn: Bankruptcy,
               Po Box 956060,   Orlando, FL 32896-0001
27402744     +E-mail/Text: carine@tbfgroup.com Dec 28 2018 01:20:16    Tbf Financial Llc,
               740 Waukegan Rd Ste 404,   Deerfield, IL 60015-5505
27402747      EDI: WFFC.COM Dec 28 2018 06:13:00     Wells Fargo,   P.O.Box 5943,
               Sioux Falls, SD 57117-5943
27402748     +EDI: WFFC.COM Dec 28 2018 06:13:00     Wells Fargo,   PO Box 14517,    Des Moines, IA 50306-3517
27402749     +EDI: WFFC.COM Dec 28 2018 06:13:00     Wells Fargo Bank Nv Na,
               Attn: Deposits Bkrptcy MAC# P6103-0,   Po Box 3908,   Portland, OR 97208-3908
                                                                                              TOTAL: 24

                   ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1              User: sboyd              Page 2 of 2              Date Rcvd: Dec 27, 2018
                                  Form ID: 309I            Total Noticed: 36

27403751*       +Grover H. Barnes,   454 Brookwood Terrace 2,   Olympia Fields, IL 60461-1539
27402740        ##+Resort Funding, LLC,   360 S. Warren Street,   Sixth Floor,   Syracuse, NY 13202-2569
                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 29, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 27, 2018 at the address(es) listed below:
          Kevin Rouse    on behalf of Debtor 1 Grover H. Barnes  notice@billbusters.com,
           krouse@billbusters.com;billbusters@iamthewolf.com;billbusters@ecf.inforuptcy.com;rousekr80263@not
           ify.bestcase.com
          Marilyn O Marshall    courtdocs@ch13.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                     TOTAL: 3
```

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 18-35459 |
|---|---|---|
| Grover Barnes | ) | |
| | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

## ATTORNEY'S APPLICATION FOR CHAPTER 13 COMPENSATION UNDER THE COURT-APPROVED RETENTION AGREEMENT
(Use for cases filed on or after April 20, 2015)

The undersigned attorney seeks compensation pursuant to 11 U.S.C. § 330(a)(4)(B) and the **Court-Approved Retention Agreement** executed by the debtor(s) and the attorney, for representing the interests of the debtor(s) in this case.

**Use of Court-Approved Retention Agreement:**

The attorney and the debtor(s) have entered into the Court-Approved Retention Agreement.

**Attorney Certification:**

The attorney hereby certifies that:

1. All disclosures required by General Order No. 11-2 have been made.

2. The attorney and the debtor(s) have either:

    (i) not entered into any other agreements that provide for the attorney to receive:

    a. any kind of compensation, reimbursement, or other payment, or

    b. any form of, or security for, compensation, reimbursement, or other payment that varies from the Court-Approved Retention Agreement; or

    (ii) have specifically discussed and understand that:

    a. the Bankruptcy Code may require a debtor's attorney to provide the debtor with certain documents and agreements at the start of the representation;

    b. the terms of the Court-Approved Retention Agreement take the place of any conflicting provision in an earlier agreement;

    c. the Court-Approved Retention Agreement cannot be modified in any way by other agreements; and

    d. any provision of another agreement between the debtor and the attorney that conflicts with the Court-Approved Retention Agreement is void.

**Compensation sought for services in this case pursuant to the Court-Approved Retention Agreement:**

$ 4,000.00 flat fee for services through case closing

**Reimbursement sought for expenses in this case:**

$     0 for filing fee paid by the attorney with the attorney's funds

$     0 for other expenses incurred in connection with the case and paid by the attorney with the attorney's funds (itemization must be attached)

$     0 Total reimbursement requested for expenses.

**Funds previously paid to the attorney by or on behalf of the debtor(s) in the year before filing this case and not reflected in or related to the Court-Approved Retention Agreement:**

☒ None
A total of $        -

Date of Application: 2/12/19            Attorney Signature  /s/ Ernesto Borges, Jr.